THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>                Plaintiff,<br><br>v.<br><br>PENNIE MARIE MEYER,<br><br>                Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-326 DBB<br><br>District Judge David Barlow |

      Plaintiff, Jeremy Bryan Barney, filed a civil complaint. (ECF No. 6.) On October 12, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 9.) He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in twelve weeks. (ECF No. 8.)

      IT IS THEREFORE ORDERED that--for failure to prosecute, D. Utah Civ. R. 41-2 (dismissal for failure to prosecute)--Plaintiff's complaint is DISMISSED without prejudice.

      DATED this 16th day of December, 2021.

                                      BY THE COURT:

                                      JUDGE DAVID BARLOW<br>
                                      United States District Court